# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| KEWU ZHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PATRICK F. HOGAN; CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48 LP; CMB EXPORT LLC; CMB ILLINOIS REGIONAL CENTER LLC D/B/A CMB REGIONAL CENTERS; NK IMMIGRATION SERVICES, LLC, | ) No. 4:18-CV-04126-SLD-JEH ) ) ) ) ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Defendants CMB Export LLC and CMB Export Infrastructure Group 48 ("Group 48"), by and through undersigned counsel, hereby move for an extension of time to file their response to Plaintiff's Complaint. In support thereof, Defendants state as follows:

1.  Counsel for Defendants CMB Export and Group 48 conferred in person with Plaintiff's counsel concerning the relief requested herein. Plaintiff does not oppose the relief requested.

2.  CMB Export and Group 48 were served on July 25, 2018 and their responsive pleading is thus due on August 15, 2018.

3.  The remainder of the named Defendants, Patrick Hogan, CMB Illinois Regional Center LLC d/b/a CMB Regional Centers (CMB Regional Centers) and NK Immigration Services LLC ("NK") had not been served, though counsel for Plaintiff and Defendants have reached an agreement on service, discussed below.

4. As the Court is aware, Plaintiff has alleged that several of the defendants were evading service. *See Motion for Service by Publication*, Dkt. No. 17. Defendants deny they were evading service, and contacted the process server to arrange a time for her to return to the facility when a proper representative was available for acceptance of service. This back-and-forth notwithstanding, counsel for the defendants conferred with Plaintiff's counsel and arranged to accept service.

5. Pursuant to the agreement briefly described, the parties have stipulated that the remaining Defendants shall be deemed served with the Complaint and its exhibits as of August 8, 2018. Defendants will submit entries of appearance forthwith without requiring further service efforts or expenses by Plaintiff of Plaintiff's counsel.

6. Based on the foregoing, three defendants have a different response date than the first two, served, defendants. Namely, these later served Defendants' responsive pleading is due August 29, 2018.

7. Defendants have substantial commonality of interest in the defenses to Plaintiff's claims. Many of Plaintiff's claims overlap and are made toward all defendants. And those defendants who are not directly parties to the contracts attached to Plaintiff's Complaint, Mr. Hogan for example, are alleged to be inextricably intertwined or controlled by one-another.

8. Defendants seek to extend the deadline for responsive pleadings pursuant to Federal R. Civ. P. 12(b) for the two earlier-served Defendants only. By this extension, all Defendants' deadlines for responsive pleadings pursuant to Fed. R. Civ. P. 12(b) will be harmonized and due on August 29, 2018.

9.  The extension requested will not result in any delay, as the case will not move past the initial pleadings until all Defendants have responded to the Complaint. For example, discovery cannot proceed until all responsive pleadings have been served and the case is at issue.

10. Defendants have good cause to request the extension. As described above, there is substantial commonality between the defendants. Permitting the extension will allow those common defenses to be presented collectively as appropriate in Defendants' pleadings. This will eliminate overlapping responses which, themselves, would have conflicting schedules. Requiring multiple time tables for multiple responsive pleadings will create docketing and scheduling challenges for the Court and all parties. These challenges can be solved without prejudice to any party by aligning the responsive pleading dates through the requested extension.

WHEREFORE, Defendants CMB Export LLC and CMB Export Infrastructure Group 48 ("Group 48") respectfully request an extension to file their responsive pleading to Plaintiff's Complaint by 14 days, to be due on August 29, 2018.

Respectfully submitted,

/s/ Donald E. Lake, III
Donald E. Lake, III
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1700 Lincoln Street, Suite 4000
Denver, Colorado  80203
Telephone:   (303) 861-7760
Facsimile:   (303) 861-7767
E-Mail:  Tripp.Lake@lewisbrisbois.com

Matthew J. Morris
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1403 West Vandalia Street, Suite 300
Edwardsville, Illinois 62025
Telephone:   (618) 307-7280
Facsimile:   (618) 692-6099
E-Mail:  Matthew.Morris@lewisbrisbois.com

Kenneth J. Joyce, *Pro Hac Vice*
Florida Bar No.986488
Stacy M. Schwartz, *Pro Hac Vice*
Florida Bar No.520411
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone:   954.728.1280
Facsimile:   954.728.1282
E-Mail:  Ken.Joyce@lewisbrisbois.com
E-Mail:  Stacy.Schwartz@lewisbrisbois.com

*Counsel for CMB Export LLC and CMB Export Infrastructure Group 48*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically to all Parties on this 15th day of August 2018.

>Douglas Eliot Litowitz
>413 Locust Place
>Deerfield, Illinois 60015
>E-Mail: litowitz@gmail.com
>
>*Attorneys for Plaintiff Kewu Zhan*

                                 */s/ Donald E. Lake, III*
                                 Donald E. Lake, III