UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KEWU ZHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PATRICK F. HOGAN; CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48 LP; CMB EXPORT LLC; CMB ILLINOIS REGIONAL CENTER LLC D/B/A CMB REGIONAL CENTERS; NK IMMIGRATION SERVICES, LLC, | ) No. 4:18-CV-04126-SLD-JEH ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants PATRICK F. HOGAN, CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48 LP, CMB EXPORT LLC, CMB ILLINOIS REGIONAL CENTER LLC D/B/A CMB REGIONAL CENTERS, NK IMMIGRATION SERVICES, LLC (collectively "Defendants") by and through undersigned counsel, and pursuant to CDIL-LR 7.1(B)(3) hereby move this Honorable Court to permit Defendants to file a Reply in Support of their Motion to Dismiss. In support thereof, Defendants state:

1. On August 27, 2018, Defendants filed their Motion to Dismiss and Memorandum of Law. ("Motion") (Doc. 33).

2. On September 9, 2018, the Plaintiff filed his Response to the Motion to Dismiss. ("Response") (Doc. 38).

3. A reply in this case should be permitted for several reasons. Plaintiff's Response raises a number of new public policy arguments, not raised in his Complaint, arguing that third party opinion articles and the actions of unrelated EB-5 Regional Centers should be considered as

evidence of these Defendants' purported wrongdoing. These arguments are not contained in the Complaint, and could not have been anticipated in the initial Motion to Dismiss. Moreover, Plaintiff's recitation of certain case law is incorrect and misapplied. As set forth in grater detail, Plaintiff paints two cases, one relating to Section 15 of the Exchange Act and one relating to the Investment Companies Act, as being dispositive. They are not, and a reply is necessary to address these misstatements of the state of controlling law. Without a reply, the record of precedent and facts upon which Defendants' Motion to Dismiss is incomplete and misleading. The interests of justice and a fair determination of the Motions to Dismiss compel permitting a concise reply brief.

4. Based on the foregoing, Defendants request they be permitted leave to file the attached proposed reply, which is narrowly tailored to the aforementioned issues.

## MEMORANDUM OF LAW

Local Rule 7.1(B)(3) provides that a reply is not permitted without leave of Court. However, a Court may grant leave when appropriate. *See Shefts v. Petrakis*, No. 10-cv-1104, 2011 U.S. Dist. LEXIS 136538, at *30 (C.D. Ill. Nov. 29, 2011) ("the Court can of course grant a party leave to file a reply brief if it finds that one is necessary."). A reply has been found to be appropriate where the response raises new and unanticipated issues or in the interest of a complete record. *See id.* at *32 ("Typically, reply briefs are permitted if the party opposing a motion has introduced new and unexpected issues in his response to the motion, and the Court finds that a reply from the moving party would be helpful to its disposition of the motion."); *see also Rist v. City of Peoria*, No. 05-1013, 2006 U.S. Dist. LEXIS 9275, at *21 (C.D. Ill. Feb. 22, 2006) ("In the interest of a complete record, the Court grants Plaintiff's Motion for Leave to file a Reply to Defendants' Response."); *Vought v. Bank of Am., N.A.*, No. 10-CV-2052, 2013 U.S. Dist. LEXIS 92569, at *7 (C.D. Ill. July 2,

4847-7795-1346.1

2013) ("Although no reply is permitted according to Local Rule 7.1(B)(3), in the interest of completeness, this court grants Randall's Motion for Leave to File Reply.").

Here, a reply is appropriate in the interest of completeness and to provide Defendants the opportunity to address issues in the Response that they could not have anticipated when they filed their Motion, including additional factual and policy arguments not raised in Plaintiff's Complaint and misleading citations to non-precedential legal authority. As such, Defendants request that that this Court permit the filing of Defendants' proposed Reply, which is attached hereto as Ex. 1.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Leave to File a Reply and award all such other further relief as the Court deem just.

Dated: September 17, 2018              Respectfully submitted,

                                       */s/ Donald E. Lake, III*
                                       Donald E. Lake, III

                                       Donald E. Lake, III
                                       **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                       1700 Lincoln Street, Suite 4000
                                       Denver, Colorado  80203
                                       Telephone:  (303) 861-7760
                                       Facsimile:   (303) 861-7767
                                       E-Mail:  Tripp.Lake@lewisbrisbois.com

4847-7795-1346.1

Matthew J. Morris
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1403 West Vandalia Street, Suite 300
Edwardsville, Illinois 62025
Telephone:  (618) 307-7280
Facsimile:   (618) 692-6099
E-Mail:  Matthew.Morris@lewisbrisbois.com

Kenneth J. Joyce
Stacy M. Schwartz
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone:  954.728.1280
Facsimile:   954.728.1282
E-Mail:  Ken.Joyce@lewisbrisbois.com
E-Mail:  Stacy.Schwartz@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically to all Parties on this 17th day of September 2018.

>Douglas Eliot Litowitz
>*Attorneys for Plaintiff Kewu Zhan*
>413 Locust Place
>Deerfield, Illinois 60015
>E-Mail:  litowitz@gmail.com

>>*/s/ Donald E. Lake, III*
>>Donald E. Lake, III

4847-7795-1346.1